1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   MINA CHANG
3  Special Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.3663/ Fax: 702.388.6418
5  mina.chang@usdoj.gov

6  *Attorneys for the United States*

7              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,          Case No. 2:21-mj-00581-EJY

                Plaintiff,

10                                     **STIPULATION TO CONTINUE**
        v.                             **STATUS CHECK**
11

12 SCOTT DUANE READY,

13              Defendant.

14

15        IT IS HEREBY STIPULATED AND AGREED, by and between Christopher

16 Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney,

17 counsel for the United States of America and Michael Becker, Esq. and Michael V. Castillo,

18 Esq. of the law firm Las Vegas Defense Group, LLC, counsel for defendant SCOTT

19 READY, that the Status Check set for April 13, 2022, be continued and set to a date and

20 time convenient to the Court, but no sooner than a date forty-five (45) days out, at which

21 time Mr. Ready shall have completed all requirements.

22        The Stipulation is entered into for the following reasons:

23        1.  The parties agree to the continuance.

24 / / /

1

2.  The Defendant has been attending his required classes. He will have completed

2

all requirements within forty-five (45) days. Defendant needs additional time in

3

order to complete all requirements.

4

3.  This is the first stipulation to continue the Status Check.

5

6

DATED this 12th day of April, 2022.

7

Respectfully submitted,

8

CHRISTOPHER CHIOU
Acting United States Attorney

9

10

/s/ Michael Castillo
MICHAEL CASTILLO
Counsel for Defendant READY

/s/ Mina Chang
MINA CHANG
Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

SCOTT DUANE READY,

   Defendant.

Case No. 2:21-mj-00581-EJY

**STIPULATION TO CONTINUE STATUS CHECK**

**FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties agree to the continuance.

2. The defendant has been attending his required classes. He will have completed all requirements within forty-five (45) days. The Defendant needs additional time in order to complete all requirements.

3. This is the first stipulation to continue the Status Check.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

**ORDER**

Based on the stipulation of Counsel for all parties and good cause appearing:

**IT IS THEREFORE ORDERED** that the Status Check scheduled for April 13, 2022 is vacated and continued to  June 15, 2022 at 9:00 a.m., in Courtroom 3C.

DATED this 14th day of April, 2022.

HON. ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE

4