UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>SCOTT DUANE READY,<br><br>                    Defendant. | Case No.: 2:21-mj-581-EJY<br><br>**ORDER TO CLOSE CASE** |

**FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That Mr. Ready has completed all of his requirements.

**ORDER**

Based on the stipulation of Counsel for all parties and good cause appearing:

**IT IS THEREFORE ORDERED** that the Status Check scheduled for June 22, 2022, be vacated and the case be successfully closed out.

_____
HON. ELAYNA J. YOUCHAH

Dated: June 17, 2022